**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CASE NO. :26-CV-00065-DLB-EBA**

**JASON DAVIS** **PLAINTIFF**

**VS.** **RESPONSE AND OBJECTION TO MOTION TO DISMISS**

**MICHAEL BELL,** **DEFENDANT**

Comes now the Plaintiff Jason Davis by counsel and objects to the Motion to Dismiss filed by the Defendant, Michael bell. A Memorandum in support of this Response and Objection is attached hereto and is incorporated herein.

Respectfully Submitted,

/s/ Robert W. Miller
Robert W. Miller
*Attorney for the Plaintiff,*
*Jason Davis*
P.O. Box 357
Grayson, Kentucky 41143
(606)474-7827
(606) 474-4184 (fax)
thelaw@robertwmillerky.com

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document with the Clerk of the Court using the KCOJ e-filing system, which will send a notice of electronic filing to the following and/or by mailing a true and correct copy to:

Jeffrey C. Mando
ADAMS LAW, PLLC
40 West Pike Street Covington, KY 41011

This the 31st day of August, 2026.

/s/ Robert W. Miller
Hon. Robert W. Miller
*Attorney for the Plaintiff,*
*Jason Davis*