**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**
**CASE NO. 0:26-CV-00065-DLB-EBA**

**JASON DAVIS** **PLAINTIFF**

**VS.** **MOTION TO JOIN ADDITIONAL PARTY**

**MICHAEL BELL, Individually**
**And in his official capacity as a**
**Police Officer for the city of Grayson,**
**Kentucky,** **DEFENDANTS**

Comes now the Plaintiff by counsel and moves the Court for leave to add the City of Grayson, Kentucky as an additional Defendant herein pursuant to FRCP 20. In support of said Motion the Plaintiff submits the following Memorandum:

**MEMORANDUM**

Comes now the Plaintiff by counsel and in support of his Motion to add the City of Grayson, Kentucky as a party Defendant herein, the Plaintiff submits as follows:

1. The Plaintiff has filed an Amended Complaint before a responsive pleading was filed herein, which Amended Complaint asserts additional causes of action based upon facts and circumstances that have occurred since the filing of the initial complaint herein, (specifically the Plaintiff points that the complaint was filed April 16th, 2026 and the underlying criminal charges in State Court were not finally adjudicated in his favor until June 2nd, 2026, and therefore the law did not permit the Plaintiff to plead additional causes related to the dismissal of the said charges before the dismissal of said charges actually occurred.)

2. In the Amended Complaint the plaintiff asserts claims against the City of Grayson for some of which the City will be vicariously liable for the acts of its employee, Michael

Bell and some for which the City would otherwise would be liable, based upon its ratification and acquiescence to the acts of its employee, Bell.

The Plaintiff simply seeks to join the City of Grayson, Kentucky as a party herein pursuant to the Amended Complaint. The Plaintiff asserts that joinder is proper pursuant to FRCP 20(a)(2) as the Plaintiff asserts a right to relief against the City of Grayson, Kentucky and its employee, Michael Bell, jointly, for events arising out of a series of transactions and occurrences which rights will involve a determination of questions of law and fact which are common to both Defendants

Further, as this litigation is still at the early pleading stage and the most recent acts giving rise to the Amended Complaint, only occurred June 2nd, 2026 when the underlying criminal charges against the Plaintiff Jason Davis were dismissed in State Court upon the Motion of the Commonwealth, three days before the matter was scheduled for Jury Trial, no party will be prejudiced by the joining of the City of Grayson, Kentucky as a party to this action.

Wherefore, the Plaintiff prays the order of the Court allowing the City of Grayson, Kentucky to be joined as a party Defendant herein and that summons be issued to said Defendant.

Respectfully Submitted,

*/s/ Robert W. Miller*

Robert W. Miller
*Attorney for the Plaintiff,*
*Jason Davis*
P.O. Box 357
Grayson, Kentucky 41143
(606)474-7827
(606) 474-4184 (fax)
thelaw@robertwmillerky.com

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document with the Clerk of the Court using the KCOJ e-filing system, which will send a notice of electronic filing to the following and/or by mailing a true and correct copy to:

Jeffrey C. Mando
ADAMS LAW, PLLC
40 West Pike Street Covington, KY 41011

This the 10th day of September, 2026.

/s/ Robert W. Miller
Hon. Robert W. Miller
*Attorney for the Plaintiff,*
*Jason Davis*